■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NOEL ORTIZ, Appellant. [690 NYS2d 192] —Judgment, Supreme Court, New York County (Ronald Zweibel, J.), rendered April 12, 1995, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal

possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to concurrent terms of 6 to 12 years, unanimously affirmed.

The verdict was based on legally sufficient evidence (*People v Bleakley*, 69 NY2d 490), including the arresting officer's testimony that he observed defendant engage in a narcotics transaction and that during a search following defendant's arrest, he recovered 14 plastic bags containing cocaine from defendant. Although defendant was tried in absentia and there was no opportunity to conduct an in-court identification, defendant's identity was established by the arresting officer, who testified that the person arrested was the perpetrator. We perceive no abuse of sentencing discretion. Concur—Ellerin, P. J., Williams, Mazzarelli and Buckley, JJ.